UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NAIM HASROUNI,<br>On behalf of himself and all other<br>persons similarly situated,<br><br>   Plaintiff,<br>v.<br><br>SQE DELIVERY, INC., et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OPT-IN AND CONSENT FORM

I hereby opt into the above-captioned collective action and consent to be a party Plaintiff. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case. I understand I have no obligation to opt-in.

4/24/2020
_____
Date

_____
Signature

## This document was signed by:

### Naim Hasrouni

| | |
|---|---|
| Date | 4/24/2020 7:18 PM UTC |
| Phone | (216) 526-1097 |
| IP Address | 172.58.207.240 |
| Confirmation | 7C2CCB27B91FED61C5EFB22A0FD3478F |

VINESIGN.COM